**FILED**

JUN 02 2015

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICKLEFFS, | No. C 13-2953 LHK (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| DEPUTY RAMON VELASQUEZ and CAPTAIN EDWIN JAMES, | |
| Defendants. | |

Plaintiff, a pretrial detainee proceeding *pro se*, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983. Defendants filed their answer on September 11, 2014. On May 18, 2015, plaintiff filed a letter requesting that this case be dismissed. On May 19, 2015, defendants filed a notice stipulating to plaintiff's request for dismissal. Based on plaintiff's request to voluntarily dismiss this case, and the defendants' stipulation thereto, this case is DISMISSED without prejudice. *See* Fed. R. Civ. P. 41(a)(1).

The Clerk shall terminate all pending deadlines and motions and close the file.

IT IS SO ORDERED.

DATED: 6/1/2015

Lucy H. Koh
LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\LHK\CR.13\Rickleffs953dismissal_vol.stip.wpd